COM.

v.

**VENI, B.**

**2279 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

Reargument Denied 7/19/2017

CP–09–CR–0004073–2012 (Bucks)

Affirmed

COM.

v.

**WASHINGTON, F.**

**2821 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–15–CR–0003427–2015 (Chester)

Affirmed

SMOLSKY, R.

v.

GALE, D.

**2872 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

2013–05846 (Bucks)

Affirmed

**IN the INTEREST OF: S.Q.L., a Minor**

**3238 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–51–DP–0000744–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: A.L., a Minor**

**3240 EDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–51–AP–0000532–2016,     CP–51–DP–0000746–2014 (Philadelphia)

Affirmed

